UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOAN MACQUARRIE, et al.,

    Plaintiffs,

v.

NIPPON YUSEN KABUSHIKI KAISHA, et al.,

    Defendants.

Case No. 13-cv-02409-JST

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE IN ALL RELATED CASES**

THIS DOCUMENT RELATES TO ALL CASES

**NOTICE TO ALL PARTIES:**

The Court will hold a case management conference in all related cases on November 20, 2013, at 10:00 a.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California. Any other case management conference scheduled in any related case is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 17, 2013

                                        JON S. TIGAR
                                      United States District Judge